IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCO D. PIERCE,

      Appellant,

v.                                                        Case No.  5D22-939
                                                         LT Case No. 2008-CF-04873

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 21, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Marco D. Pierce, Graceville, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, WALLIS and WOZNIAK, JJ., concur.